UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**MICHELE HALL,**                  )
                                              )
        **Plaintiff,**          )
                                              )
v.                   )         Civil Case No. 13-324 (RCL)
                                              )
**DISTRICT OF COLUMBIA,** *et al.*,  )
                                              )
        **Defendants.**     )
                                              )
_____)

## **ORDER**

Upon consideration of Defendants' Motions [43, 44] for Summary Judgment, Plaintiff's Opposition thereto, Defendants' Replies to that Opposition, the applicable law, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motions are **GRANTED**. Summary judgment shall be entered for Defendants dismissing this case with prejudice.

The Court shall issue shortly a memorandum opinion that elaborates on this ruling and explains the Court's underlying reasoning.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, United States District Judge, on March 31, 2016.